IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| CLYDE BREAZEALE | § | Civil Action No. 14-cv-2614 |
| Plaintiff, | § | |
| | § | JUDGE BARBIER |
| v. | § | |
| | § | |
| PARKER DRILLINGCOMPANY | § | MAGISTRATE WILKINSON |
| Defendant    . | | |

# PLAINTIFF'S WITNESS LIST

COMES NOW, Plaintiff, CLYDE BREAZEALE, by and through his counsel of record, and files the following list of witnesses who may be called at the trial of this matter:

1. **Clyde Breazeale**
   c/o R. Todd Elias and Steven Gordon
   Gordon, Elias & Seely, LLP
   1811 Bering Drive, Suite 300
   Houston, TX  77057
   *Plaintiff.*

2. **Hannah Kate Hathorn**
   5 Galilee Church Road
   Prentiss, MS  39474
   *Plaintiff's girlfriend.  Has knowledge regarding how plaintiff's this incident has affected his life.  This includes, but is not limited to his injuries, pain, mental anguish, medical care, limitations, physical impairment and inability to play with his children the way he used to and earn money to provide for his family.*

3. **Leroy Broussard**
   1110 Unifab Road #A
   New Iberia, LA 70560
   *Parker Drilling Company's Operations Manager who may have knowledge of the facts herein.*

4. **Paul McCoy**
   9563 Air Ped Road
   Crowley, LA
   *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

5. **Travis Patin** - Driller
   PO Box 31
   Estherwood, LA 70534
   *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

6. **Larry McNabb** – Rig Manager
   506 10 Mile Creek
   Foxworth, MS
   *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

7. **Jeremy St. Germain**
   17103 Dama Landry Road
   Jennings, LA 70546
   *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

8. **Aaron Crain** – Motorman
   29573 Sidney Kemp Road
   Franklinton, LA 70438
   *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

9. **Toby Begnaud**
   Parker Drilling Company
   1110 Unifab Road #A
   New Iberia, LA 70560
   *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

10. **Johnathan Harwell**
    4408 County Road 280
    Shubuta, MS 39360
    *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

11. **Thomas Stanley**
    536 Bethel Church Road
    Columbia, MS 39429
    *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

12. **Markkus Taylor**
    1108 S. Lake Arthur Avenue, Lot 10
    Jennings, LA 70546
    *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

13. **James Breaux**
    149 Lakeview Circle
    Morse, LA 70559
    *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

14. **Stephen Flaherty**
    P.O. Box 46
    Trout, LA 71371
    *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

15. **Tyler Bonne**
    327 Falcon Road
    Morse, LA 70559
    *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

16. **James Monceaux**
    515 Deshotel Rd.
    Oakdale, Louisiana  71463
    *Plaintiff's coworker and employee of defendant who may have knowledge of the facts herein.*

17. **Natalie Fremont**
    Risk Analyst
    Parker Drilling Company
    5 Greenway Plaza, Suite 100
    Houston, TX 77046
    *Employee of Defendant*

18. **Robyn Thompson**
    Parker Drilling Company
    5 Greenway Plaza, Suite 100
    Houston, TX 77046
    *Nurse Case Manager and employee of Defendant*

19. **Mike Baudoin**
    Fluid Solutions International
    1512 E. Gloria Switch
    Lafayette, LA 70507
    *The above individual has been identified by defendant as a person who may have knowledge of the facts herein.*

20. **Jack T. Madeley, P.E., CSP**
    2700 Earl Rudder Freeway, South
    Suite 2700
    College Station, Texas  77845
    *Attended inspection of Rig 76B.  Took photographs during the inspection and prepared a diagram of the area where plaintiff was injured.*

21. **John Logan, MD**
    Louisiana Heart Medical Group (fka The North Institute)
    29301 North Dixie Ranch Road
    Lacombe, LA  70445
    985-871-4114
    *Plaintiff's medical provider*

22. **Courtney Roberts**
    Work Recovery Center
    4405 N Interstate 10 Service Rd West, Suite 300
    Metairie, LA 70006
    *Performed FCE on plaintiff.  Has knowledge concerning her evaluation of plaintiff and her overall findings.*

23. **Lawrence W. Glorioso, III, MD**
    Stand Up Open MRI Centers of Louisiana
    4349 Loveland St.
    Metairie, LA  70006
    504-934-4000
    *Plaintiff's medical provider*

24. **Harold Broussard, PA-D**
    Teche Occupational Medicine Clinic
    Physicians, nurses, therapists, medical personnel and/or custodian of records
    510 Jefferson Terrace Blvd., Suite B
    New Iberia, LA  70650
    *Performed plaintiff's pre-employment physical/screening for Parker Drilling*

25. **Michael Patterson, MD**
    Southern Bone & Joint Specialists
    3633 Veterans Memorial Drive, Suite 200
    Hattiesburg, MS 39401
    *Expert retained/employed by Defendant. Performed two IME's on plaintiff. Has knowledge concerning his evaluation of the Plaintiff and his overall findings.*

26. **Richard Bunch, PhD**
    ISR Physical Therapy
    478 Corporate Drive Houma, LA 70360
    *Expert retained/employed by Defendant. Performed a FCE on plaintiff. Has knowledge concerning his evaluation of the Plaintiff and his overall findings.*

27. **Kenneth G. McCoin, Ph.D.**
    7670 Woodway, Suite 171
    Houston, Texas 77063
    713. 626.0144
    *Economist who has been requested to offer opinions pertaining to plaintiff's earnings and earning capacity and loss thereof.*

28. **Carla Seyler**
    Seyler Favaloro, Ltd.
    1615 Poydras Street, Suite 1040
    New Orleans, LA 70112
    504-524-3378
    *Vocational Rehabilitation expert who has been requested to offer opinions pertaining to plaintiff's s vocational/economic losses subsequent to the incident made the basis of this lawsuit.*

29. **Captain Mitchell S. Stoller**
    21001 N. Tatum Blvd., Suite 1630-619
    Phoenix, AZ 85050
         949-858-5475
    *Maritime and admiralty consultant who has been requested to offer opinions pertaining to the events, equipment and liability involved in the subject incident.*

30. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **The North Institute aka Louisiana Heart Medical Group**

31. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Stand Up Open MRI Centers of Louisiana**

32. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Magee Physical Therapy**

33. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Magee General Hospital and its affiliates, including but not limited to, Mid-South Rehab Services, Jefferson Davis Community Hospital**

34. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Surgical Spine Specialist**

35. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Louisiana Medical Center and Heart Hospital**

36. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Teche Occupational Medicine Clinic a/k/a Iberia Ortho Group**

37. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Hattiesburg Clinic**

38. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Work Performance & Ergonomic Center**

39. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Occupational Medical Services**

40. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Work Recovery Center**

41. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **Southern Bone & Joint Specialists**

42. Physicians, nurses, therapists, medical personnel and/or custodian of medical and billing records for **ISR Physical Therapy**

43. Any witness who may be needed to authenticate any document

44. Any witness necessary for impeachment or rebuttal purposes

45. Any witness deposed concerning this matter

46. Any witness listed by any other party

Respectfully submitted,

GORDON, ELIAS & SEELY, L.L.P.

By: *R. Todd Elias*
      R. Todd Elias
      SBN: 00787427
      *Pro Hac Vice*
      1811 Bering Drive, Suite 300
      Houston, Texas 77057
      (713) 668-9999 - Telephone
      (713) 668-1980 - Telecopier

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    I do hereby certify that according to Federal Rules of Civil Procedure, the following has been served on all counsel of record, on the 1st day of July 2016.

        Charles A. Mouton
        Mahtook & Lafleur, LLC
        1000 Chase Tower
        600 Jefferson Street
        P. O. Box 3089
        Lafayette, LA  70502

                /s/ *R. Todd Elias*
                R. Todd Elias